UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMOND G. BROWN, et al.,<br><br>    Defendants. | Case No. 18-07049 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE COMPLETE** *IN FORMA PAUPERIS* **APPLICATION**<br><br><br>(Docket No. 7) |

On November 20, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion to proceed *In Forma Pauperis* ("IFP"). (Docket Nos. 1, 2.) On the same day, the Clerk sent Plaintiff a notice that the IFP motion was deficient because it did not include a Certificate of Funds in Prisoner's Account signed by an authorized officer and a prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) On December 3, 2018, Plaintiff filed a second IFP motion containing an inmate statement report and an unsigned Certificate of Funds in Prisoner's Account. (Docket No. 5.) On January 8, 2019, in the interest of justice, the Court *sua sponte* granted Plaintiff an extension of time until February 5, 2019, to file a completed Certificate of Funds in Prisoner's Account signed by an authorized prison official. (Docket No. 6.) Plaintiff has filed a letter requesting additional time to obtain a

the document because he is in the SHU and having difficulty obtaining legal assistance. (Docket No. 7.)

Having shown good cause, Plaintiff's request is **GRANTED**. Plaintiff shall file a signed Certificate **within twenty-eight (28) days** from the filing date of this order.

**Plaintiff is advised that failure to file a signed Certificate within the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: January 30, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Request for Ext. of Time to File Complete IFP App.
P:\PRO-SE\BLF\CR.18\07049Chavez_eot2-ifp.docx

2