UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ,<br>        Plaintiff,<br>    v.<br><br>EDMUND BROWN, et al.,<br>        Defendants. | Case No. 18-07049 BLF (PR)<br><br>**ORDER OF TRANSER** |

Plaintiff, who is currently being held at the Corcoran Prison, filed a *pro se* civil rights complaint against prison officials at Kern Valley State Prison, ("KVSP"), where he was formally incarcerated. Because defendants reside in and the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** March 28, 2019

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.18\07049Chavez_transfer (ED)