1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE CHAVEZ,                          Case No. 1:19-cv-00410-EPG (PC)

12              Plaintiff,

13       v.                               ORDER GRANTING APPLICATION TO
                                          PROCEED IN FORMA PAUPERIS
14   EDMUND G. BROWN, JR., et al.,        (ECF NO. 2)

15              Defendants.                          and

16

17                                        ORDER DIRECTING PAYMENT
                                          OF INMATE FILING FEE BY CALIFORNIA
                                          DEPARTMENT OF CORRECTIONS
18

19
            Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested
20
     leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing
21
     required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.
22
     Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.
23
     § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of
24
     the preceding month's income credited to plaintiff's trust account.  The California Department of
25
     Corrections is required to send to the Clerk of Court payments from plaintiff's account each time
26
     the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. §
27
     1915(b)(2).
28
                                          1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. **The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and case number assigned to this action.**

3. The Clerk of Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __**April 8, 2019**__      /s/ _Emci P. Groj_

UNITED STATES MAGISTRATE JUDGE