UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>M. FRANCO, et al., <br><br>　　　　Defendants. | No. 1:19-cv-00410-NONE-EPG (PC) <br><br> <u>ORDER RE PLAINTIFF'S LATE-FILED OBJECTIONS TO FINDINGS AND RECOMMENDATIONS</u> <br><br>(Doc. No. 31) |

Jose Chavez ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On April 1, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations recommending that "[t]his case proceed on Plaintiff's claims against Defendants M. Franco, R. Magana, J. Lara, L. Moreno, and J. Palomino for excessive force and failure to protect under the Eighth Amendment," and that "[a]ll other claims and defendants be dismissed." (Doc. No. 22 at 7.) Plaintiff did not object to those findings and recommendations within the time provided and, on May 11, 2020, the undersigned adopted the findings and recommendations in full. (Doc. No. 23.)

/////

/////

/////

Three months later, on August 12, 2020, plaintiff filed untimely objections to the findings and recommendations. (Doc. No. 31.)[1]

The objection period expired long prior to plaintiff filing his objections, and the findings and recommendations have already been adopted. The court is under no obligation to consider these untimely objections. Additionally, even had plaintiff timely filed his objection, they would not have changed the court's ruling. Plaintiff did not put forward in his untimely objections any coherent arguments as to why or in what way the findings and recommendations were incorrect or erroneous.

The court notes that this case *is still proceeding* "on plaintiff's claims against defendants M. Franco, R. Magana, J. Lara, L. Moreno, and J. Palomino for excessive force and failure to protect under the Eighth Amendment." (Doc. No. 23, 24.).

Accordingly, based on the foregoing, the court finds no cause to depart from its prior ruling adopting the April 1, 2020 findings and recommendations

IT IS SO ORDERED.

Dated: __August 18, 2020__         _____Dale A. Drozd_____
                                    UNITED STATES DISTRICT JUDGE

---

[1] The objections are not dated, and no proof of service is attached.