# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, | Case No. 1:19-cv-00410-NONE-EPG (PC) |
| Plaintiff, | |
| v. | |
| M. FRANCO, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Jose Chavez, CDCR #AD-5110, a necessary and material witness in a settlement conference in this case on November 12, 2020, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by telephonic-conferencing from his place of confinement, on Thursday, November 12, 2020, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court.  Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at SAC via fax at (916) 294-3072 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Christy Pine, Courtroom Deputy, at cpine@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the Court.

\\\
\\\
\\\

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **October 15, 2020**            /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

